Ray T. Rockwell (SBN: 78902)
ray@rtrlegal.com
J. Garret Deal (SBN: 249934)
garret@rtrlegal.com
LAW OFFICES OF RAY T. ROCKWELL
2255 Morello Avenue, Suite 240
Pleasant Hill, CA 94523
(925) 932-7785 Phone
(925) 262-2379 Fax

Attorneys for Plaintiff
GARY GIANNINI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY GIANNINI,<br><br>Plaintiff,<br><br>vs.<br><br>CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Defendant. | Case No.: C 14-05227 LB<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gary Giannini and Defendant Carpenters Pension Trust Fund for Northern California (collectively the "PARTIES") by and through their undersigned counsel, hereby stipulate as follows:

1) Plaintiff's action is hereby dismissed;

2) The PARTIES will bear their own costs, attorney's fees and expenses;

3) The foregoing dismissal is voluntary and shall not operate as an adjudication on the

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
GIANNINI v. CARPENTERS PENSION TRUST FUND
Case No. C 14-05227 LB

Law Offices of Ray T. Rockwell
2255 Morello Avenue, Suite 240
Pleasant Hill, California 94523

- 1 -

merits under Rule 41 of the Federal Rules of Civil Procedure or for any other purpose.

IT IS SO STIPULATED.

Dated: April 13, 2015

LAW OFFICES OF RAY T. ROCKWELL

RAY T. ROCKWELL
J. GARRET DEAL
Attorneys for Plaintiff
GARY GIANNINI

Dated: April 13, 2015

KRAW AND KRAW LAW GROUP

MICHAEL KORDA
Attorneys for Defendant
CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: April 16, 2015

The Honorable Laurel Beeler
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
GIANNINI v. CARPENTERS PENSION TRUST FUND
Case No. C 14-05227 LB

Law Offices of Ray T. Rockwell
2255 Morello Avenue, Suite 240
Pleasant Hill, California 94523

- 2 -